UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTURO ESTEVEZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

      Plaintiff,

 - against -

EVENFLO COMPANY, INC.,

      Defendant.

21-cv-9053 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The conference scheduled for January 19, 2022 is **canceled**.

SO ORDERED.

Dated: New York, New York
    January 13, 2022

             _____
               John G. Koeltl
             United States District Judge